IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**v.**

**JESUS GERARDO PONCE VARGAS**
**Defendant.**

Case No. 5:26-mj-247(MJK)

**NOTICE OF APPEAL**

Notice is hereby given that the United States appeals to the United States District Court from the order to release the defendant issued by U.S. Magistrate Judge Mitchell J. Katz on October 16, 2026, Dkt. 6.

Dated: October 16, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: */s/ Michael Whalen*
Michael Whalen
Assistant United States Attorney
Bar Roll No. 704276