**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0658*

October 16, 2026

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7367

**RE:** ***United States v. Jesus Gerardo Ponce Vargas***
**Case No. 5:26-CR-327 (BKS)**

Your Honor,

As the Court is aware, the government has filed their notice of appeal regarding the pending magistrate's release order. The government is asking the Court by way of this letter for an additional stay of the release order until Wednesday October 21, 2026, to allow the government the time necessary to effectuate its appeal with the District Court. The requested stay will not unduly prejudice the defendant because if released he will not released from custody but rather transferred to immigration custody.

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: ______________________________
Michael J. Whalen
Assistant United States Attorney
Bar Roll No. 704276